```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samuel B. Foster, Jr.,

                Plaintiff,

-against-

City of New York et al.,

                Defendants.

1:23-cv-02861 (DEH) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      In accordance with the Court's May 1, 2024 Order, Defendants were to respond to the Amended Complaint no later than May 22, 2024. (*See* 5/1/24 Order, ECF No. 36.) Defendants' responses are past due. The Court hereby extends the deadline for Defendants to respond to the Amended Complaint until Friday, May 31, 2024. Defendants are reminded that failure to respond to the Amended Complaint may result in a default being entered against them.

**SO ORDERED.**

Dated:     New York, New York
            May 24, 2024

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge