# BELDOCK LEVINE & HOFFMAN

99 PARK AVENUE, PH/26TH FL
NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 8611.03

WRITER'S DIRECT CONTACT:
(212) 277-5820
kstephan@blhny.com

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 5/29/2024

May 28, 2024

**VIA ECF**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10078

Application GRANTED. SO ORDERED.
Dated: May 29, 2024

Re: *Foster v. City of New York*, 23-CV-2861
    Motion to Adjourn and Adjust Schedule

Dear Judge Aaron:

I represent Plaintiff Samuel Foster and I write on behalf of both parties in response to the Court's May 1, 2024 Order. After the Court entered that Order, Defendants contacted the undersigned to ask if Plaintiff intended to amend now that Plaintiff is represented by counsel. I informed Defendants that I did and would file a letter requesting an adjustment to the deadlines in the Court Order.

I sincerely apologize for the delay in filing this letter. I was retained to represent Plaintiff in three different matters in which Plaintiff was previously proceeding *pro se*. After entering my notices of appearance in those cases, I broke my collarbone, which required surgery to repair. I was thus unexpectedly out of the office for over one month. In addition, I was in communication with counsel for the City in one of Plaintiff's other cases, and was in the process of exchanging documents relevant to all three cases—including to amending the complaint in this case. Last week, however, opposing counsel in that case had a personal issue arise that has drawn them out of the office and made them unavailable.

At this juncture, I am still attempting to receive and review some records relevant to amending the complaint in this case. Depending on those records, Plaintiff may need to serve

BELDOCK LEVINE & HOFFMAN LLP

Judge Aaron
May 28, 2024
Page 2

additional individual defendants. Accordingly, Plaintiff respectfully requests that the current deadlines and Initial Pretrial Conference in this case be adjourned, and that Plaintiff be given thirty days to file an amended complaint. At that juncture, Plaintiff can update the Court on whether time will be needed for service and propose new deadlines for answers and an Initial Pretrial Conference.

Defendants join in this request. Should the Court grant this request, Defendants' current deadline to answer, and the June 14, 2024 Initial Pretrial Conference, would be adjourned *sine die*, and Plaintiff's deadline to file a Second Amended Complaint would be June 24, 2024.

The parties sincerely thank the Court for its attention to this matter.

Best regards,

Keegan Stephan
*Associate*