USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samuel B. Foster, Jr.,

      Plaintiff,

-against-

City of New York et al.,

      Defendants.

1:23-cv-02861 (DEH) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

 It is hereby Ordered that, no later than July 3, 2024, the parties shall file a joint letter setting forth a proposed schedule regarding service of the Second Amended Complaint ("SAC") and Defendants' time to respond to the SAC.

**SO ORDERED.**

Dated:  New York, New York
    June 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge